1016

[Nos. 55886-2-I; 56731-4-I. Division One. July 31, 2006.]

*In the Matter of the Marriage of* HELEN MCLOUGHLIN, *Respondent*, and CHARLES BUELL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 94-3-02403-9, Leonid Ponomarchuk, J. Pro Tem., entered July 28, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 55931-1-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL M. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14393-1, Laura Gene Middaugh, J., entered March 12, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56037-9-I; 56730-6-I. Division One. July 31, 2006.]

*In the Matter of the Marriage of* NORMA ANN SARBACH, *Respondent*, and MICHAEL WILLIAM SHELTON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 04-3-01039-1, Eric Z. Lucas, J., entered March 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56066-2-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01334-2, James H. Allendoerfer, J., entered March 16, 2005. *Reversed with instructions* by unpublished per curiam opinion.